USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN MANNION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 7:21-CV-00975 (NSR) |
| | ) |
| CLASSIC MATERIAL NY LLC, and | ) |
| CARLOS MALDONADO, | )  DEFAULT JUDGMENT |
| | ) |
| Defendants. | ) |

Plaintiff, having commenced the action by the filing of a Summons and Complaint on February 3, 2021, and true copies of the Summons and Complaint having been served upon the Defendant CLASSIC MATERIAL LLC and Defendant CARLOS MALDONADO, individually (collectively, "Defendants"), and proof of service having been filed with the Court on April 30, 2021, and all Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted;

NOW, on motion of the Plaintiff, JONATHAN MANNION, by and through his attorneys, it is hereby ORDERED and ADJUDGED that a Default Judgment be entered against the Defendants, jointly and severally, in the amount of $110,448.40, itemized as follows:

(a) Statutory Damages pursuant to 17 U.S.C. § 504 in the amount of $100,000;

(b) Attorneys' Fees pursuant to 17 U.S.C. § 505 in the amount of $9,827;

(c) Costs pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 4 in the amount of $621.40;

(d) Post-judgment interest under 28 U.S.C. § 1961 as of the date judgment is entered;

(e) Permanent Injunction enjoining the Defendants, their agents, servants, employees, officers, attorneys and all those persons in active concert or participation with each

and any of them from directly or indirectly infringing the Copyrights of Plaintiff in any manner, and from using or publishing the Murder Inc. Image, or selling or promoting any goods, garments, and/or other items bearing the Murder Inc. Image.; and

(f)  Impoundment and forfeiture of all apparel featuring the Murder Inc. Image, as well as any hard drives containing the Murder Inc. Image or any other of Plaintiff's copyrighted works in the possession of the Defendants, including hard drives containing the Murder Inc. Image or any other of Plaintiff's copyrighted works in the possession of third parties (such as graphic designers or printers) to whom Defendants have given that protected material for use or copying.


Dated: September 21, 2023
     White Plains, New York

_____
The Honorable Nelson S. Román
United States District Judge